UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KHALIL F.,[1]

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No. 1:26-cv-5659-TLN-CSK

A# 212-400-130

**RELEASE ORDER**

Petitioner, an immigration detainee proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 26, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 10.) Respondents filed objections to the findings and recommendations, objecting "for the reasons stated in their opposition." (ECF No. 11.)

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (ECF No. 10) are ADOPTED IN FULL.

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as to claim four (due process and regulatory violation) and DENIED as to the remaining claims.

3. Respondents shall IMMEDIATELY RELEASE Petitioner Khalil F. (A# 212-400-130) from their custody under the same conditions he was previously released in his July 8, 2021 Order of Supervision. Respondents shall return Petitioner's documents and possessions at the time of release. Respondents shall file a **notice of compliance** with this provision of the Order by **September 9, 2026**.

4. Respondents are ENJOINED AND RESTRAINED from re-detaining Petitioner absent a valid travel document to his country of removal and compliance with constitutional protections, including a minimum of seven-days' pre-deprivation notice and strict compliance with the requirements of 8 C.F.R. § 241.13(i) for revocation of release, and any other applicable statutory and regulatory procedures.

5. The Clerk of the Court is directed to serve this Order on **California City Immigration Processing Center**, to enter judgment in favor of Petitioner, and close this case.

IT IS SO ORDERED.

DATE: September 2, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE